Official Form 1 (04/07)

| **United States Bankruptcy Court**<br>**Northern District of Illinois** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**SMITH, REBA H** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**SMITH, JAY MARK** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec./Complete EIN or other Tax I.D. No. (if more than one, state all):<br>**XXX--XX-0253** | Last four digits of Soc. Sec./Complete EIN or other Tax I.D. No. (if more than one, state all):<br>**XXX-XX-9264** |
| Street Address of Debtor (No. & Street, City, and State):<br>**977 CAMELOT PLACE**<br>**CRYSTAL LAKE, IL**<br>ZIP CODE **60014** | Street Address of Joint Debtor (No. & Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**McHenry** | County of Residence or of the Principal Place of Business:<br>**McHenry** |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

**Type of Debtor**
(Form of Organization)
(Check one box)

- ☑ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

_____

**Nature of Business**
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Tax-Exempt Entity**
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code.)

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ☑ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- ☑ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☐ Debts are primarily business debts.

**Filing Fee** (Check one box)

- ☑ Full Filing Fee attached

- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b) See Official Form 3A.

- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:

- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:

- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Check all applicable boxes:

- ☐ A plan is being filed with this petition
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| ☐ $0 to $10,000 | ☐ $10,000 to $100,000 | ☑ $100,000 to $1 million | ☐ $1 million to $100 million | ☐ More than $100 million |
|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,000 to $100,000 | ☑ $100,000 to $1 million | ☐ $1 million to $100 million | ☐ More than $100 million |
|---|---|---|---|---|

Official Form 1 (04/07)                                                                                    **FORM B1**, Page 2

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **REBA H SMITH, JAY MARK SMITH** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location Where Filed: **ND IL, WD, CH 13, DISMISSED 06/12/06** | Case Number: **05-75563** | Date Filed: **10/05/2005** |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: **NONE** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐  Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____ **11/22/2007**<br>Signature of Attorney for Debtor(s)      Date<br>**MATTHEW M LITVAK**      **6208529** |

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐  Yes, and Exhibit C is attached and made a part of this petition.<br>☑  No |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><br>☐  Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br><br>☐  Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue** (Check any applicable box) |
|---|
| ☑  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐  There is a bankruptcy case concerning debtor's affiliate. general partner, or partnership pending in this District.<br><br>☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District. or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Statement by a Debtor Who Resides as a Tenant of Residential Property** (Check all applicable boxes.) |
|---|
| ☐  Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following).<br><br>_____<br>(Name of landlord that obtained judgment)<br><br>_____<br>(Address of landlord)<br><br>☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐  Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition. |

Official Form 1 (04/07)                                                                                          **FORM B1,** Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **REBA H SMITH, JAY MARK SMITH** |

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **s/ REBA H SMITH**
_____
Signature of Debtor    **REBA H SMITH**

X **s/ JAY MARK SMITH**
_____
Signature of Joint Debtor    **JAY MARK SMITH**

_____
Telephone Number (If not represented by attorney)

**11/22/2007**
_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐    I request relief in accordance with chapter 15 of Title 11, United States Code. Certified Copies of the documents required by § 1515 of title 11 are attached.

☐    Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the Chapter of title 11 specified in the petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X **Not Applicable**
_____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

### Signature of Attorney

X
_____
Signature of Attorney for Debtor(s)

**MATTHEW M LITVAK,  6208529**
_____
Printed Name of Attorney for Debtor(s) / Bar No.

**MATTHEW M. LITVAK**
_____
Firm Name

**155 N HARBOR DRIVE  4301**
_____
Address

**CHICAGO, IL 60601**
_____

**312-337-8131**                          **312-240-0405**
_____
Telephone Number

**11/22/2007**
_____
Date

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition prepares, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19B is attached.

**Not Applicable**
_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security number(If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. 110.)

_____
Address

X **Not Applicable**
_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **Not Applicable**
_____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer 's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

Official Form 6 - Summary (10/06)

## United States Bankruptcy Court

## Northern District of Illinois

In re  **REBA H SMITH    JAY MARK SMITH** _____ ,
Debtors

Case No. _____

Chapter ___7___

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $  200,000.00 | | |
| B - Personal Property | YES | 3 | $  11,472.32 | | |
| C - Property Claimed as Exempt | YES | 1 | | | |
| D - Creditors Holding Secured Claims | YES | 1 | | $  175,095.46 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 2 | | $  4,773.21 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 16 | | $  235,115.82 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 1 | | | $  5,851.15 |
| J - Current Expenditures of Individual Debtor(s) | YES | 2 | | | $  5,818.98 |
| TOTAL | | 29 | $  211,472.32 | $  414,984.49 | |

FORM B6A
(10/05)

In re: **REBA H SMITH    JAY MARK SMITH**                                    **Case No.** _____
                                    **Debtors**                                                                     **(If known)**

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **DEBTORS' RESIDENCE, 977 CAMELOT PLACE, CRYSTAL LAKE, IL 60014** | **Fee Owner** | **J** | **$ 200,000.00** | **$ 164,493.64** |
| | **Total** ➤ | | **$ 200,000.00** | |

(Report also on Summary of Schedules.)

FormB6B
(10/05)

In re  **REBA H SMITH   JAY MARK SMITH**                                    ,     Case No. _____
                                    **Debtors**                                                              (If known)

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **DEBTORS' CHECKING ACCOUNT, HARRIS BANK** | J | 2.00 |
| Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **DEBTORS' CHECKING ACCOUNT, HARRIS BANK** | J | 0.32 |
| Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **DEBTORS' CHECKING ACCOUNT, STATE BANK OF LONG ISLAND, FARMINGDALE, NY** | J | 20.00 |
| Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **DEBTORS' CHECKING ACCOUNT, STATE BANK OF LONG ISLAND, FARMINGDALE, NY** | J | 20.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | **SECURITY DEPOSIT ON RENTAL APARTMENT** | J | 1,575.00 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **DEBTORS' FURNITURE AND HOUSEHOLD GOODS, BEDROOM SET, COUCH, CHAIRS, DINNING ROOM TABLE, TWO TELEVISION SETS,  IN DEBTORS' POSSESSION** | J | 1,040.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | **DEBTORS' NECESSARY WEARING APPAREL IN DEBTORS' POSSESSION.** | J | 100.00 |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies.  Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities.  Itemize and name each issuer. | X | | | |

Form B6B-Cont.
(10/05)

In re **REBA H SMITH   JAY MARK SMITH** ,                    Case No. _____
                                    Debtors                                                    (If known)

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c); Rule 1007(b)). | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give Particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **1997 HONDA ACCORD COUPE, IN DEBTORS' POSSESSION** | J | **1,200.00** |

Form B6B-Cont.
(10/05)

In re   **REBA H SMITH   JAY MARK SMITH**                              ,      Case No. _____
                                    Debtors                                              (If known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2002 CHRYSLER PT CRUISER IN DEBTORS' POSSESSION.** | J | **7,015.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment and supplies used in business. | | **COMPUTER, PRINTER AND FAX MACHINE USED IN DEBTORS' EMPLOYMENT.** | J | **500.00** |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

_____2_____ continuation sheets attached          Total     >     **$ 11,472.32**

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

Official Form 6C (04/07)

In re  **REBA H SMITH   JAY MARK SMITH**                          Case No. _____
                                    Debtors                                                  (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                                                $136,875
☐ 11 U.S.C. § 522(b)(2)
☑ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| **1997 HONDA ACCORD COUPE, IN DEBTORS' POSSESSION** | **735 ILCS 5/12-1001(c)** | **1,200.00** | **1,200.00** |
| **2002 CHRYSLER PT CRUISER IN DEBTORS' POSSESSION.** | **735 ILCS 5/12-1001(c)** | **0.00** | **7,015.00** |
| **COMPUTER, PRINTER AND FAX MACHINE USED IN DEBTORS' EMPLOYMENT.** | **735 ILCS 5/12-1001(b)** | **500.00** | **500.00** |
| **DEBTORS' CHECKING ACCOUNT, HARRIS BANK** | **735 ILCS 5/12-1001(b)** | **0.32** | **0.32** |
| **DEBTORS' CHECKING ACCOUNT, HARRIS BANK** | **735 ILCS 5/12-1001(b)** | **2.00** | **2.00** |
| **DEBTORS' CHECKING ACCOUNT, STATE BANK OF LONG ISLAND, FARMINGDALE, NY** | **735 ILCS 5/12-1001(b)** | **20.00** | **20.00** |
| **DEBTORS' CHECKING ACCOUNT, STATE BANK OF LONG ISLAND, FARMINGDALE, NY** | **735 ILCS 5/12-1001(b)** | **20.00** | **20.00** |
| **DEBTORS' FURNITURE AND HOUSEHOLD GOODS, BEDROOM SET, COUCH, CHAIRS, DINNING ROOM TABLE, TWO TELEVISION SETS,  IN DEBTORS' POSSESSION** | **735 ILCS 5/12-1001(b)** | **1,000.00** | **1,040.00** |
| **DEBTORS' NECESSARY WEARING APPAREL IN DEBTORS' POSSESSION.** | **735 ILCS 5/12-1001(a),(e)** | **100.00** | **100.00** |
| **DEBTORS' RESIDENCE, 977 CAMELOT PLACE, CRYSTAL LAKE, IL 60014** | **735 ILCS 5/12-901** | **30,000.00** | **200,000.00** |
| **SECURITY DEPOSIT ON RENTAL APARTMENT** | **735 ILCS 5/12-1001(b)** | **1,575.00** | **1,575.00** |

**Official Form 6D (10/06)**

In re  REBA H SMITH   JAY MARK SMITH _____,     Case No. _____
                              **Debtors**                                                    **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐      Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 964540000076-01<br><br>CITIMORTGAGE<br>POB 8003<br>SOUTH HACKENSACK, NJ 07606-8003 | | J | Mortgage<br>DEBTORS' RESIDENCE,<br>977 CAMELOT PLACE, CRYSTAL LAKE, IL 60014<br><br>DUPLICATE LISTING FOR CREDITOR NOTIFICATION PURPOSES<br><br>VALUE $200,000.00 | X | | | 0.00 | 0.00 |
| ACCOUNT NO. 964540000076-01<br><br>CITIMORTGAGE INC.<br>BANKRUPTCY DEPT.<br>POB 9438<br>GAITHERSBURG, MD 20898-9481 | | J | Mortgage<br>DEBTORS' RESIDENCE,<br>977 CAMELOT PLACE, CRYSTAL LAKE, IL 60014<br><br>DUPLICATE LISTING FOR CREDITOR NOTIFICATION PURPOSES<br><br>VALUE $200,000.00 | X | | | 0.00 | 0.00 |
| ACCOUNT NO. 964540000076-01<br><br>CITIMORTGAGE INC.<br>BANKRUPTCY DEPT.<br>POB 9481<br>GAITHERSBURG, MD 20898-9481 | | J | Mortgage<br>DEBTORS' RESIDENCE,<br>977 CAMELOT PLACE, CRYSTAL LAKE, IL 60014<br><br>VALUE $200,000.00 | X | | | 164,493.64 | 0.00 |
| ACCOUNT NO. 004380683<br><br>CREDIT ACCEPTANCE<br>POB 513<br>SOUTHFIELD, MI  48037 | | J | Security Agreement<br>2002 CHRYSLER PT CRUISER IN DEBTORS' POSSESSION.<br><br>VALUE $7,015.00 | X | | | 10,601.82 | 3,586.82 |

0     continuation sheets
      attached

Subtotal  ➤
(Total of this page)

Total  ➤
(Use only on last page)

| | | | |
|---|---|---|---|
| $ | 175,095.46 | $ | 3,586.82 |
| $ | 175,095.46 | $ | 3,586.82 |

(Report also on Summary of Schedules)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

**Official Form 6E (04/07)**

In re   **REBA H SMITH   JAY MARK SMITH** _____   Case No. _____
                                                              Debtors                                                    (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

❑   Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**   (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

❑   **Domestic Support Obligations**

   Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

❑   **Extensions of credit in an involuntary case**

   Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

❑   **Wages, salaries, and commissions**

   Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

❑   **Contributions to employee benefit plans**

   Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

❑   **Certain farmers and fishermen**

   Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

❑   **Deposits by individuals**

   Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑   **Taxes and Certain Other Debts Owed to Governmental Units**

   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

❑   **Commitments to Maintain the Capital of an Insured Depository Institution**

   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

❑   **Claims for Death or Personal Injury While Debtor Was Intoxicated**

   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

   * Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**1  continuation sheets attached**

Official Form 6E (04/07) - Cont.

In re   **REBA H SMITH   JAY MARK SMITH**                          Case No. _____
                                    Debtors                                              (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

### Type of Priority:  Taxes and Certain Other Debts Owed to Governmental Units

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**IDAPP ILLINOIS DESIGNATED ACCOUNT**<br>**POB 707**<br>**DEERFIELD, IL 60015-5215** | | W | **STUDENT LOAN GUARANTEED BY A GOVERNMENTAL UNIT.** | | X | | **4,773.21** | **0.00** | **0.00** |

Sheet no. _1_ of _1_ continuation sheets attached to Schedule of
Creditors Holding Priority Claims

| | | | |
|---|---|---|---|
| Subtotals ►<br>(Totals of this page) | $  **4,773.21** | $  **0.00** | $  **4,773.21** |
| Total ►<br>(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $  **4,773.21** | | |
| Total ►<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data. ) | | $  **0.00** | $  **4,773.21** |

**Official Form 1, Exhibit D (10/06)**

# UNITED STATES BANKRUPTCY COURT

## Northern District of Illinois

In re: <u>**REBA H SMITH   JAY MARK SMITH**</u>          Case No. <u>                              </u>
Debtor(s)                                                              (if known)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the **180 days before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Must be accompanied by a motion for determination by the court.] [Summarize exigent circumstances here.]* <u>                    </u>

<u>                                                                                                                                                </u>

**If the court is satisfied with the reasons stated in your motion, it will send you an order approving your request. You must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy case and promptly file a certificate from the agency that provided the briefing, together with a copy of any debt management plan developed through the agency. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. A motion for extension must be filed within the 30-day period. Failure to fulfill these requirements may result in dismissal of your case. If the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing, your case may be dismissed.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

  ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

  ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

  ☐ Active military duty in a military combat zone.

**Official Form 1, Exh. D (10/06) – Cont.**

❑   5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. ' 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **s/ REBA H SMITH**
                       **REBA H SMITH**

Date:   **11/22/2007**

Official Form 1, Exhibit D (10/06)

# UNITED STATES BANKRUPTCY COURT

## Northern District of Illinois

In re:  **REBA H SMITH   JAY MARK SMITH**                                    Case No. _____

              Debtor(s)                                                                              (if known)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the **180 days before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Must be accompanied by a motion for determination by the court.] [Summarize exigent circumstances here.]* _____

_____

**If the court is satisfied with the reasons stated in your motion, it will send you an order approving your request. You must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy case and promptly file a certificate from the agency that provided the briefing, together with a copy of any debt management plan developed through the agency. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. A motion for extension must be filed within the 30-day period. Failure to fulfill these requirements may result in dismissal of your case. If the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing, your case may be dismissed.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐ Active military duty in a military combat zone.

**Official Form 1, Exh. D (10/06) – Cont.**

☐    5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. ' 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **s/ JAY MARK SMITH**
                         **JAY MARK SMITH**

Date:   **11/22/2007**

Official Form 6F (10/06)

In re  **REBA H SMITH   JAY MARK SMITH**                              Case No. _____

Debtors                                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐      Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **7114**<br><br>**AMCORE BANK**<br>**501 7TH ST.**<br>**SUITE 504**<br>**ROCKFORD, IL 61104-1246** | | J | **OVERDRAWN CHECKING ACCOUNT.** | | X | | 490.00 |
| ACCOUNT NO.<br><br>**AMERICAN EXPRESS**<br>**POB 297874**<br>**FT LAUDERDALE, FL 33329-7874** | | J | **CREDIT CARD PURCHASES OF CONSUMER GOODS ACCRUED OVER SIX YEARS.** | | X | | 0.00 |
| ACCOUNT NO.   **3725-056013-62005**<br><br>**AMERICAN EXPRESS CENTURION BANK**<br>**C/O BECKETT AND LEE LLP**<br>**POB 3001**<br>**MALVERN, PA 19355-0701** | | J | **CREDIT CARD PURCHASES OF CONSUMER GOODS ACCRUED OVER SIX YEARS.** | | X | | 0.00 |
| ACCOUNT NO.   **3725-579298-51007**<br><br>**AMERICAN EXPRESS TRAVEL RELATED SERVICES**<br>**C/O BECKET AND LEE LLP**<br>**POB 3001**<br>**MALVERN, PA 19355-0701** | | J | **CREDIT CARD PURCHASES OF CONSUMER GOODS ACCRUED OVER SIX YEARS.** | | X | | 5,973.55 |
| ACCOUNT NO.   **5XXX**<br><br>**BANK OF AMERICA**<br>**POB 53132**<br>**PHOENIX, AZ 85072-3132** | | H | **CREDIT CARD PURCHASES OF CONSUMER GOODS ACCRUED OVER YEARS.** | | X | | 9,336.00 |

<u>15</u>   Continuation sheets attached

Subtotal  ➢  | $ | **15,799.55** |

Total  ➢  | $ | |

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)**

Official Form 6F (10/06) - Cont.

In re **REBA H SMITH   JAY MARK SMITH**                    Case No. _____

Debtors                                          (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **4319-0410-1429-3668** <br><br> **BANK OF AMERICA** <br> **Trauner, Cohen & Thomas** <br> **2880 Dresden Dr., #300** <br> **Atlanta, GA 30341-3920** | | | **DUPLICATE LISTING FOR PURPOSES OF NOTIFICATION.** | | X | | 0.00 |
| ACCOUNT NO. **4319-0410-1429-3668** <br><br> **BANK OF AMERICA** <br> **POB 53132** <br> **PHOENIX, AZ 85072-3132** | | W | **CREDIT CARD PURCHASES OF CONSUMER GOODS ACCRUED OVER YEARS.** | | X | | 2,776.38 |
| ACCOUNT NO. **3XXX** <br><br> **BANK OF AMERICA** <br> **POB 53132** <br> **PHOENIX, AZ 85072-3132** | | W | **CREDIT CARD PURCHASES OF CONSUMER GOODS ACCRUED OVER YEARS.** | | X | | 2,000.00 |
| ACCOUNT NO. <br><br> **BANK ONE** <br> **POB 11606** <br> **LEXINGTON, KY 40576-1606** | | | **CREDIT CARD PURCHASES OF CONSUMER GOODS ACCRUED OVER YEARS.** | | X | | 0.00 |
| ACCOUNT NO. **5291-1519-1707-5978** <br><br> **CAPITAL ONE** <br> **POB 85522** <br> **RICHMOND, VA 23285-5522** | | H | **CREDIT CARD PURCHASES OF CONSUMER GOODS ACCRUED OVER YEARS.** | | X | | 6,453.00 |

Sheet no. 1 of 15 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal  ▷  $      **11,229.38**

Total  ▷  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

Official Form 6F (10/06) - Cont.

In re **REBA H SMITH   JAY MARK SMITH** _____   Case No. _____
Debtors                                                  (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **52911519** <br><br> **CAPITAL ONE BANK** <br> **C/O DEBT MANAGEMENT** <br> **POB 5155** <br> **NORCROSS, GA 30091-5155** | | H | **CREDIT CARD PURCHASES OF CONSUMER GOODS ACCRUED OVER YEARS.** | | X | | 6,453.00 |
| ACCOUNT NO. <br><br> **CARSON PIRIE SCOTT** <br> **C/O HSBC BANK NEVADA** <br> **POB 5244** <br> **CAROL STREAM, IL 60197-5244** | | J | **MERCHANT CREDIT CARD PURCHASES OF CONSUMER GOODS** | | | | 0.00 |
| ACCOUNT NO. <br><br> **CARSON PIRIE SCOTT** <br> **AMSHER COLLECTION SERVICES** <br> 600 Beacon Pky West <br> **Birmingham, AL 35209** | | J | **MERCHANT CREDIT CARD PURCHASES OS CONSUMER GOODS.** | | | | 0.00 |
| ACCOUNT NO. **112634670-1** <br><br> **CARSON PIRIE SCOTT** <br> **POB 5953** <br> **CAROL STREAM, IL 60197** | | J | **CREDIT CARD PURCHASES OF CONSUMER GOODS ACCRUED OVER 5 YEARS.** | | X | | 2,197.00 |
| ACCOUNT NO. **6008-9810-7198-1894** <br><br> **CASUAL CORNER GROUP** <br> **BOX 105980** <br> **DEPT 46** <br> **ATLANTA, GA 30348-5980** | | W | **MERCHANT CREDIT CARD PURCHASES OF CONSUMER GOODS ACCRUED OVER  YEARS.** | | X | | 851.00 |

Sheet no. _2_ of _15_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $  **9,501.00**

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

Official Form 6F (10/06) - Cont.

In re    **REBA H SMITH    JAY MARK SMITH** _____    Case No. _____
_____
Debtors                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.    **Q61** | | J | | | X | | 480.00 |
| **CERTIFIED SERVICES INC.** 1733 Washington St WAUKEGAN, IL 60085 | | | HOME STATE BANK OVERDRAFT PROTECTION. | | | | |
| ACCOUNT NO.    **5369-9335-0077-4456** | | H | | | X | | 4,326.00 |
| **CHASE** POB 15183 WILMINGTON, DE 19886-1194 | | | CREDIT CARD PURCHASES OF CONSUMER GOODS ACCRUED OVER YEARS. | | | | |
| ACCOUNT NO.    **5369-9335-0077-4456** | | | | | X | | 0.00 |
| **CHASE BANK  USA N/A** c/o WEINSTEIN & RILEY, P.S. 2001 WESTERN AVE. SEATTLE, WA 98121 | | | CREDIT CARD PURCHASES OF CONSUMER GOODS ACCRUED OVER YEARS. | | | | |
| ACCOUNT NO.    **F14274421** | | J | | | | | 0.00 |
| **CITIBANK SEARS  PREMIERE CARD** C/O NORTHLAND GROUP POB 390905 EDINA, MN 55439 | | | CREDIT CARD PURCHASES OF CONSUMER GOODS. DUPLICATE LISTING FOR PURPOSES OF PROVIDING NOTICE. | | | | |
| ACCOUNT NO.    **6035-3200-1764--4657** | | H | | | X | | 1,009.00 |
| **CITIBANK SOUTH DAKOTA** 701 E 60th St N, Sioux Falls, SD 57104 | | | MERCHANT CREDIT CARD PURCHASES OF CONSUMER GOODS. | | | | |

Sheet no. _3_ of _15_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ $    **5,815.00**

Total ➤ $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

Official Form 6F (10/06) - Cont.

In re   **REBA H SMITH   JAY MARK SMITH**                          Case No. _____
                              Debtors                                          (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **6012-5001-2033-XXX**<br><br>**CONSECO FINANCIAL**<br>**9102 North Meridian Street**<br>**Suite 545**<br>**Indianapolis, Indiana 46260** | | H | **CREDIT CARD PURCHASES OF CONSUMER GOODS ACCRUED OVER 8 YEARS.** | | X | | 1,937.00 |
| ACCOUNT NO. **46041100980**<br><br>**CORNING CABLE SYSTEMS**<br>**800 17th St NW**<br>**Hickory, NC 28601** | | W | **CREDIT CARD PURCHASES OF CONSUMER GOODS.** | | X | | 4,729.00 |
| ACCOUNT NO.<br><br>**DAVID CHANG & NANCY ALEMAN**<br>**20 W KINZIE**<br>**13TH FLOOR**<br>**CHICAGO, IL 60610** | | J | **DUPLICATE LISTING, ATTORNEYS FEES FROM PRIOR CHAPTER 13 PROCEEDING** | | | | 0.00 |
| ACCOUNT NO. **7445012901987**<br><br>**DELL FINANCIAL**<br>**PO Box 6403**<br>**Carol, Stream, IL 60197-6403** | | H | **MERCHANT CREDIT CARD PURCHASES OF CONSUMER GOODS ACCRUED OVER 2  YEARS.** | | X | | 1,045.00 |
| ACCOUNT NO. **6011-0038-4023-8073**<br><br>**DISCOVER**<br>**POB  15316**<br>**WILMINGTON, DE 19850** | | W | **CREDIT CARD PURCHASES OF CONSUMER GOODS ACCRUED OVER 10 YEARS.** | | X | | 11,196.00 |

Sheet no.  4 of 15 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal  ➤   $   **18,907.00**

Total  ➤   $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

Official Form 6F (10/06) - Cont.

In re **REBA H SMITH   JAY MARK SMITH** _____   Case No. _____
                                              Debtors                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | X | | 0.00 |
| **DISCOVER FINANCIAL SERVICES POB 8003 HILLIARD, OH 43206** | | | CREDIT CARD PURCHASES OF CONSUMER GOODS ACCRUED OVER YEARS. | | | | |
| ACCOUNT NO. | | J | | | X | | 851.84 |
| **ECAST SETTLEMENT CORP POB 35480 NEWARK, NJ 07913-5480** | | | | | | | |
| ACCOUNT NO.   **4319-0410-1429-3668** | | J | | | X | | 3,178.83 |
| **ECAST SETTLEMENT CORP ASSIGNEE OF BANK OF AMERICA POB 35480 NEWARK, NJ 07193-5480** | | | CREDIT CARD PURCHASES OF CONSUMER GOODS ACCRUED OVER THREE YEARS. | | | | |
| ACCOUNT NO. | | J | | | | | 5,422.05 |
| **ECAST SETTLEMENT CORP POB 35480 NEWARK, NJ 07913-5480** | | | CREDIT CARD PURCHASES OF CONSUMER GOODS ACCRUED OVER THREE YEARS. | | | | |
| ACCOUNT NO. | | J | | | | | 73.82 |
| **ECAST SETTLEMENT CORP POB 35480 NEWARK, NJ 07913-5480** | | | CREDIT CARD PURCHASES OF CONSUMER GOODS. | | | | |

Sheet no. _5_ of _15_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal  >  $         **9,526.54**

Total  >  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

Official Form 6F (10/06) - Cont.

In re    **REBA H SMITH    JAY MARK SMITH**                                    Case No. _____
                                         Debtors                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.    **5490-9943-3143-4159** <br><br>**ECAST SETTLEMENT CORP** <br>**POB 35480** <br>**NEWARK, NJ 07913-5480** | | J | **CREDIT CARD PURCHASES OF CONSUMER GOODS.** | | X | | 17,749.73 |
| ACCOUNT NO.    **5429-0507-7518-2114** <br><br>**ECAST SETTLEMENT CORP** <br>**assignee of MBNA AMERICA** <br>**POB 35480** <br>**NEWARK, NJ 07193-5480** | | J | **MERCHANT CREDIT CARD PURCHASES OF CONSUMER GOODS.** | | X | | 8,942.75 |
| ACCOUNT NO. <br><br>**FALLS COLLECTION SERVICE** <br>**N144 W 19225 Clinton Dr N 144** <br>**GERMANTOWN, WI 53022** | | W | | | X | | 49.00 |
| ACCOUNT NO.    **579XXXX** <br><br>**FIRST FEDERAL CREDIT CONTROL** <br>**27 North Wacker** <br>**sUITE 620** <br>**Chicago, Illinois 60606** | | H | **CREDIT CARD PURCHASES OF CONSUMER GOODS ACCRUED OVER YEARS.** | | | | 57.00 |
| ACCOUNT NO.    **4571** <br><br>**FOX VALLEY DENTAL  ASSOCIATES  OF CL LLC** <br>**360 N TERRA COTTA  RD** <br>**CRYSTAL LAKE, IL 60012** | | J | **MEDICAL SERVICES** | | X | | 348.46 |

Sheet no.  6 of 15 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal  >  $          27,146.94

Total  >  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

Official Form 6F (10/06) - Cont.

In re   **REBA H SMITH   JAY MARK SMITH**                              Case No. _____
                              Debtors                                                                (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**FOX VALLEY DENTAL ASSOCIATES OF CL LLC C/O TROJAN PROFESSIONAL SERVICES POB 1270 LOS ALIMITOS, CA 90720-1270** | | J | **MEDICAL SERVICES**<br><br>**DUPLICATE LISTING FOR NOTICE TO CREDITOR.** | | X | | 0.00 |
| ACCOUNT NO.   **60089810**<br>**GEMB - CASUAL CORNER PO Box 981064 El Paso, TX 79998-1064** | | W | **MERCHANT CREDIT CARD PURCHASES OF CONSUMER GOODS ACCRUED OVER   YEARS.** | | X | | 0.00 |
| ACCOUNT NO.   **771411064691-9548**<br>**GEMB SAMS CLUB POB 981064 El Paso, TX 79998-1064** | | W | **MERCHANT CREDIT CARD PURCHASES OF CONSUMER GOODS ACCRUED OVER   YEARS.** | | X | | 3,510.00 |
| ACCOUNT NO.<br>**HOGAN ROOFING 820 MCCARDLE DR. CRYSTAL LAKE, IL 60014-8164** | | J | **CONSTRUCTION LABOR** | | | | 532.60 |
| ACCOUNT NO.   **6035-3200-1764-4657**<br>**HOME DEPOT CREDIT SERVICES PROCESSING CENTER DES MOINES, IA 50364-0500** | | H | **MERCHANT CREDIT CARD PURCHASES OF CONSUMER GOODS ACCRUED OVER ONE YEAR.** | | X | | 841.50 |

Sheet no. _7_ of _15_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal  >   $        **4,884.10**

Total  >   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

Official Form 6F (10/06) - Cont.

In re **REBA H SMITH   JAY MARK SMITH**                              Case No. _____
_____
Debtors                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **XXXXX-1118** | | W | OVERDRAWN ACCOUNT | | X | | 500.00 |
| HOME STATE BANK 40 GRANT ST. POB 1738 CRYSTAL LAKE, IL 60039 | | | | | | | |
| ACCOUNT NO.   **6004-3009-0689-8157** | | J | LOAN USED TO PURCHASE CONSUMER GOODS. | | X | | 2,838.76 |
| HOUSEHOLD FINANCE C/O ARROW FINANCIAL SERVICES 21031 NETWORK PLACE CHICAGO, IL 60678-1031 | | | | | | | |
| ACCOUNT NO.   **5440-4550-1305-4484** | | H | CREDIT CARD PURCHASES OF CONSUMER GOODS ACCRUED OVER YEARS. | | X | | 767.00 |
| HSBC BANK NEVADA / ECAST SETTLEMENT CORP POB 35480 NEWARK, NJ 07193-5480 | | | | | | | |
| ACCOUNT NO. | | J | | | | | 8,157.00 |
| HSBC BANK NEVADA, N..A. POB 5244 CAROL STREAM, IL 60197-5244 | | | | | | | |
| ACCOUNT NO. | | | CREDIT CARD PURCHASES OF CONSUMER GOODS ACCRUED OVER TWO YEARS. | | X | | 1,112.53 |
| JP MORGAN CHASE BANK NA POB 52195 PHOENIX, AZ 85072-2195 | | | | | | | |

Sheet no.  8 of 15 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal  ➢  $        **13,375.29**

Total  ➢  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

Official Form 6F (10/06) - Cont.

In re **REBA H SMITH    JAY MARK SMITH**                    Case No. _____
_____
Debtors                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **0051-8120-0364-80**<br><br>**JP MORGAN CHASE BANK NA**<br>**POB 52195**<br>**PHOENIX, AZ 85072-2195** | | J | **CREDIT CARD PURCHASES OF CONSUMER GOODS ACCRUED OVER THREE YEARS.** | | X | | 2,275.00 |
| ACCOUNT NO.<br><br>**JP MORGAN CHASE BANK, N.A.**<br>**201 N CENTRAL AVE.**<br>**PHOENIX, AZ 85004-0073** | | | | | X | | 1,112.53 |
| ACCOUNT NO.  **729-024-882**<br><br>**LANE BRYANT**<br>**POB 182507**<br>**COLUMBUS, OH 43218-2507** | | W | **MERCHANT CREDIT CARD PURCHASES OF CONSUMER GOODS ACCRUED OVER   YEARS.** | | X | | 533.62 |
| ACCOUNT NO.  **4428-1351-1115-6790**<br><br>**LVNV FUNDING LLC**<br>**Its successors and assigns**<br>**RESURGENT CAPITALSERVICES**<br>**POB 10587**<br>**GREENVILLE, SC 29603-0587** | | H | **CREDIT CARD PURCHASES OF CONSUMER GOODS.** | | X | | 8,274.22 |
| ACCOUNT NO.  **05-75563**<br><br>**MACEY & ALEMAN**<br>**DBA LEGAL HELPERS**<br>**20 W. KINZIE**<br>**SUITE 1300**<br>**CHICAGO, IL 60610** | | J | **Legal services rendered in Debtors' prior Chapter 13 proceeding** | | X | | 2,000.00 |

Sheet no. 9 of 15 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▸ $ **14,195.37**

Total ▸ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

Official Form 6F (10/06) - Cont.

In re  **REBA H SMITH   JAY MARK SMITH**                                    Case No. _____
                        Debtors                                                                (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **3033185790** **MACYS** **as successor to RNB FIELDS** **111 N. STATE ST.** **CHICAGO, IL 60601** | | H | MERCHANT CREDIT CARD PURCHASES OF CONSUMER GOODS ACCRUED OVER   YEARS. | | X | | 643.00 |
| ACCOUNT NO.   **356445779** **MACY'S** **Successor to Marshal Fields** **111 N. STATE ST.** **CHICAGO, IL 60602-1659** | | | MERCHANT CREDIT CARD PURCHASES OF CONSUMER GOODS ACCRUED OVER  YEARS. | | | | 2,006.00 |
| ACCOUNT NO. **MBNA** **POB 15453** **WILMINGTON, DE 19886-5453** | | | CREDIT CARD PURCHASES OF CONSUMER GOODS ACCRUED OVER YEARS. | | X | | 0.00 |
| ACCOUNT NO.   **5490-9907-6169-9725** **MBNA AMERICA** **POB 15019** **WILMINGTON, DE 19886-5019** | | W | CREDIT CARD PURCHASES OF CONSUMER GOODS. | | | | 8,762.38 |
| ACCOUNT NO.   **600430090689** **MENARDS** **C/O GREEN TREE FINANCIAL** **POB 6151** **RAPID CITY, SD 57709-6151** | | H | MERCHANT CREDIT CARD PURCHASES OF CONSUMER GOODS ACCRUED OVER  YEARS. DUPLICATE LISTING FOR PURPOSES OF NOTICE. | | X | | 0.00 |

Sheet no.  10  of  15  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $        **11,411.38**

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

Official Form 6F (10/06) - Cont.

In re    **REBA H SMITH    JAY MARK SMITH** _____        Case No. _____
_____ Debtors                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.    **6004 3009-0689-8157** | | W | | | X | | 2,831.00 |
| **MENARDS** **POB 17602** **BALTIMORE, MD 21297-1602** | | | MERCHANT CREDIT CARD PURCHASES OF CONSUMER GOODS. | | | | |
| ACCOUNT NO. | | | | | | | 0.00 |
| **MENARDS** **c/o ARROW FINANCIAL SERVICES** **5996 W. TOUHY AVE.** **NILES, IL 60714-4610** | | | MERCHANT CREDIT CARD PURCHASES OF CONSUMER GOODS. DUPLICATE LISTING FOR PURPOSES OF NOTICE | | | | |
| ACCOUNT NO.    **112639.00** | | | | | X | | 1,260.00 |
| **NBGL CARSONS** **140 W INDUSTRIAL** **ELMHURST, IL 60126** | | | | | | | |
| ACCOUNT NO.    **3725-0560-62005** | | W | | | X | | 2,809.88 |
| **OPTIMA CARD** **AMERICAN EXPRESS CENTURION BANK** **POB 1407** **NEWARK, NJ 07101-1407** | | | CREDIT CARD PURCHASES OF CONSUMER GOODS. | | | | |
| ACCOUNT NO.    **5440-4550-1305-4484** | | H | | | X | | 0.00 |
| **ORCHARD BANK** **POB** **PORTLAND, OR** | | | DUPLICATE LISTING FOR PURPOSES OF NOTIFICATION. | | | | |

Sheet no. _11_ of _15_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | **6,900.88**

Total ➤ | $ |

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

Official Form 6F (10/06) - Cont.

In re **REBA H SMITH   JAY MARK SMITH** _____    Case No. _____

Debtors (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | J | MEDICAL SERVICES | | | | 0.00 |
| QUEST DIAGNOSTICS C/O AMERICAN MEDICAL COLLECTION AGENCY 2269 SOUTH MILL RIVER ROAD BUILDING 3 ELMSFORD, NY 10523 | | | | | | | |
| ACCOUNT NO.   4205888370 | | J | MEDICAL SERVICES | | | X | 781.43 |
| QUEST DIAGNOSTICS 1355 MITTEL BLVD WOOD DALE, IL 60291-1024 | | | 4018263610 4349289223 | | | | |
| ACCOUNT NO.   5466-1602-3135-4513 | | W | CITIBANK ADVANTAGE CARD, ASSIGNED ACCOUNT. CREDIT CARD PURCHASES OF CONSUMER GOODS. | | | X | 13,280.13 |
| RESURGENT CAPITAL SERVICES PO Box 10497 Greenville, SC 29603 | | | | | | | |
| ACCOUNT NO. | | J | | | | | 6,571.13 |
| RESURGENT CAPITAL SERVICES PO Box 10497 Greenville, SC 29603 | | | | | | | |
| ACCOUNT NO.   7714110646919548 | | W | MERCHANT CREDIT CARD PURCHASES OF CONSUMER GOODS ACCRUED OVER  10 YEARS. | | | X | 3,351.00 |
| SAMS CLUB POB 105980 DEPT 77 ATLANTA, GA 30353-5980 | | | | | | | |

Sheet no. 12 of 15 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal  > $ **23,983.69**

Total  > $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

Official Form 6F (10/06) - Cont.

In re **REBA H SMITH    JAY MARK SMITH**      Case No._____

                                   Debtors                                           (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **5049-94800538-2801** <br><br>**SEARS CARD** <br>**Payment Center** <br>**PO Box 183081** <br>**Columbus, OH 43218-3081** | | J | **MERCHANT CREDIT CARD PURCHASES OF CONSUMER GOODS.** | | X | | 2,427.14 |
| ACCOUNT NO. **5121-0797-1032-5090** <br><br>**SEARS GOLD MASTERCARD** <br>**POB 181249** <br>**COLUMBUS, OH 43218-2149** | | J | **CREDIT CARD PURCHASES OF CONSUMER GOODS ACCRUED OVER YEARS.** | | X | | 14,845.01 |
| ACCOUNT NO. **97364416** <br><br>**SPRINT CUSTOMER SERVICE** <br>**C/O CG SERVICES LTD P-SHIP** <br>**COLLECTION AGENCY DIVISION** <br>**POB 2667** <br>**HOUSTON, TX 77252-2667** | | H | | | | | 0.00 |
| ACCOUNT NO. <br><br>**SPRINT CUSTOMER SERVICE** <br>**POB 8077** <br>**LONDON, KY 40742** | | H | **WIRELESS TELEPHONE SERVICE** | | X | | 793.85 |
| ACCOUNT NO. <br><br>**THE HOME DEPOT** <br>**POB 105981** <br>**DEPT. 51** <br>**ATLANTA, GA 30353-5981** | | | **MERCHANT CREDIT CARD PURCHASES OF CONSUMER GOODS ACCRUED OVER  YEARS.** | | X | | 0.00 |

Sheet no. _13_ of _15_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $           **18,066.00**

Total ➤   $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)**

Official Form 6F (10/06) - Cont.

In re   **REBA H SMITH   JAY MARK SMITH**                                    Case No. _____
_____
Debtors                                                          (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | J | | | X | | 37,026.87 |
| **TRI CAP INVESTMENT PARTNERS** C/O WELTMAN, WEINBERG AND REIS, CO LPA 180 N LASALLE ST SUITE 2400 CHICAGO, IL 60601 | | | | | | | |
| ACCOUNT NO. | | | | | | | 0.00 |
| **UNKNOWN CREDITOR** C/O BLATT, HASSENMILLER 125 S. WACKER DR. SUITE 400 CHICAGO, IL 60606-4440 | | | | | | | |
| ACCOUNT NO. | | | | | | | 0.00 |
| **VICTORIAS SECRET** POB 65962 SAN ANTONIO, TX 78265-9562 | | | MERCHANT CREDIT CARD PURCHASES OF CONSUMER GOODS ACCRUED OVER   YEARS. | | | | |
| ACCOUNT NO.   **5490-9983-6403-8175** | | W | | | | | 6,262.83 |
| **WACHOVIA BANK MBNA CARD** 1525 West W.T. Harris Blvd. Charlotte, NC 28288-0376 | | | CREDIT CARD PURCHASES OF CONSUMER GOODS. | | | | |
| ACCOUNT NO.   **1844490772905** | | W | | X | | | 854.00 |
| **WORLD FINANCIA NETWORK NATIONAL BANK LANE BRYANT RETAIL** C/O WEINSTIEN & RILEY, P.S. FOURTH AVE., #900 SEATTLE, WA 98121-2339 | | | MERCHANT CREDIT CARD PURCHASES OF CONSUMER GOODS ACCRUED OVER   YEARS. | | | | |

Sheet no. _14_ of _15_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ $ **44,143.70**

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

**Official Form 6F (10/06) - Cont.**

In re   **REBA H SMITH   JAY MARK SMITH**                              Case No. _____
                        Debtors                                                          (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **892-947-177** | | W | | | X | | 230.00 |
| **WORLD FINANCIA NETWORK NATIONAL BANK VICTORIAS SECRET C/O WEINSTIEN & RILEY, P.S. FOURTH AVE., #900 SEATTLE, WA 98121-2339** | | | **MERCHANT CREDIT CARD PURCHASES OF CONSUMER GOODS ACCRUED OVER   YEARS.** | | | | |
| ACCOUNT NO. | | W | | | | | 0.00 |
| **WORLD FINANCIA NETWORK NATIONAL BANK 800 TechCenter Dr. Gahanna, OH 43230** | | | **MERCHANT CREDIT CARD PURCHASES OF CONSUMER GOODS ACCRUED OVER   YEARS.** | | | | |

Sheet no. _15_ of _15_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal  >  $                        **230.00**

Total  >  $                 **235,115.82**

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

Form B6G
(10/05)

In re: **REBA H SMITH    JAY MARK SMITH**                          ,          **Case No.**  _____
                                      **Debtors**                                                                      **(If known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

   ❑  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Richard DelPesce**<br>**51 Francine Avenue**<br>**Massapequa, NY  1175** | **Debtor's Leasehold interest in 51 Francine Avenue, Bsmnt. Apt., Massapequa, NY  11758.**<br><br>**Debtor was required to re-locate to Long Island, York as a ondition of his continued employment.** |

Form B6H
(10/05)

**In re:** **REBA H SMITH    JAY MARK SMITH** _____.    **Case No.** _____
Debtors                                                                 (If known)

# SCHEDULE H - CODEBTORS

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

**Official Form 6I (10/06)**

In re    **REBA H SMITH JAY MARK SMITH**                          Case No.  _____
                          **Debtors**                                                      **(If known)**

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 7, 11, 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S): **Daughter** | AGE(S): **21** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **ACCOUNT MANAGER** | **MECHANICAL DESIGNE** |
| Name of Employer | **ECHELON DESIGN INC.** | **GALKIN AUTOMATED PRODUCTS** |
| How long employed | | |
| Address of Employer | **1370 GATEWAY DRIVE ELGIN, IL 60123** | **97 OTIS STREET WEST BABYLON, NY 11704** |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly.) | $ 1,203.20 | $ 6,250.01 |
| 2. Estimate monthly overtime | $ 0.00 | $ 0.00 |
| 3. SUBTOTAL | $ 1,203.20 | $ 6,250.01 |
| 4. LESS PAYROLL DEDUCTIONS | | |
|    a. Payroll taxes and social security | $ 92.05 | $ 1,510.02 |
|    b. Insurance | $ 0.00 | $ 0.00 |
|    c. Union dues | $ 0.00 | $ 0.00 |
|    d. Other (Specify) _____ | $ 0.00 | $ 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ 92.05 | $ 1,510.02 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ 1,111.15 | $ 4,740.00 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ 0.00 | $ 0.00 |
| 8. Income from real property | $ 0.00 | $ 0.00 |
| 9. Interest and dividends | $ 0.00 | $ 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ 0.00 | $ 0.00 |
| 11. Social security or other government assistance (Specify) _____ | $ 0.00 | $ 0.00 |
| 12. Pension or retirement income | $ 0.00 | $ 0.00 |
| 13. Other monthly income (Specify) _____ | $ 0.00 | $ 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ 0.00 | $ 0.00 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ 1,111.15 | $ 4,740.00 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15; if there is only one debtor repeat total reported on line 15) | $ 5,851.15 | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document.:
**NONE**
_____

**Official Form 6J (10/06)**

In re   **REBA H SMITH JAY MARK SMITH** _____,   Case No. _____
_____**Debtors**_____          _____(If known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☑   Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 1,584.60 |
|     a. Are real estate taxes included?   Yes ✓   No | | |
|     b. Is property insurance included?   Yes ✓   No | | |
| 2. Utilities: a. Electricity and heating fuel | $ | 160.00 |
|     b. Water and sewer | $ | 35.00 |
|     c. Telephone | $ | 80.00 |
|     d. Other | $ | 0.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 100.00 |
| 4. Food | $ | 350.00 |
| 5. Clothing | $ | 25.00 |
| 6. Laundry and dry cleaning | $ | 20.00 |
| 7. Medical and dental expenses | $ | 175.00 |
| 8. Transportation (not including car payments) | $ | 180.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 20.00 |
| 10. Charitable contributions | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|     a. Homeowner's or renter's | $ | 0.00 |
|     b. Life | $ | 143.00 |
|     c. Health | $ | 0.00 |
|     d. Auto | $ | 87.50 |
|     e. Other | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|     a. Auto | $ | 388.00 |
|     b. Other  **IDAPP GUARANTEED STUDENT LOAN** | $ | 90.38 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other  **cable** | $ | 120.00 |
|     **CAR MAINTENANCE** | $ | 125.00 |

| | | |
|---|---|---:|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 3,683.48 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
|     a. Average monthly income from Line 15 of Schedule I | $ | 1,111.15 |
|     b. Average monthly expenses from Line 18 above | $ | 3,683.48 |
|     c. Monthly net income (a. minus b.) | $ | -2,572.33 |

**Official Form 6J (10/06) - Cont.**

In re **REBA H SMITH JAY MARK SMITH**_____,         Case No. _____
                                    **Debtors**                                        **(If known)**

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

**SPOUSE**

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 1,050.00 |
|    a. Are real estate taxes included?  Yes _____  No ✓ | | |
|    b. Is property insurance included?  Yes _____  No ✓ | | |
| 2. Utilities: a. Electricity and heating fuel | $ | 180.00 |
|    b. Water and sewer | $ | 0.00 |
|    c. Telephone | $ | 98.00 |
|    d. Other **CABLE** | $ | 120.00 |
| 3. Home Maintenance (Repairs and upkeep) | $ | 0.00 |
| 4. Food | $ | 350.00 |
| 5. Clothing | $ | 20.00 |
| 6. Laundry and dry cleaning | $ | 0.00 |
| 7. Medical and dental expenses | $ | 0.00 |
| 8. Transportation (not including car payments) | $ | 230.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 0.00 |
| 10. Charitable contributions | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|    a. Homeowner's or renter's | $ | 0.00 |
|    b. Life | $ | 0.00 |
|    c. Health | $ | 0.00 |
|    d. Auto | $ | 87.50 |
|    e. Other | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) (Specify) | $ | 0.00 |
| 13. Installment payments (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|    a. Auto | $ | 0.00 |
|    b. Other | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other | $ | 0.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 2,135.50 |

19. Describe any increase or decrease in expenditures reasonably anticipate to occur within the year following the filing of this document:

_____

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
|    a. Average monthly income from Line 15 of Schedule I | $ | 4,740.00 |
|    b. Average monthly expenses from Line 18 above | $ | 2,135.50 |
|    c. Monthly net income (a. minus b.) | $ | 2,604.50 |

**Official Form 6 - Statistical Summary (10/06)**

## United States Bankruptcy Court
## Northern District of Illinois

In re   **REBA H SMITH   JAY MARK SMITH** _____          Case No. _____

_____          Debtors          Chapter   **7**   _____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) (whether disputed or undisputed) | $ 4,773.21 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) | $ 0.00 |
| Student Loan Obligations (from Schedule F) | $ 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E. | $ 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations  (from Schedule F) | $ 0.00 |
| TOTAL | $ 4,773.21 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ 5,851.15 |
| Average Expenses (from Schedule J, Line 18) | $ 6,108.48 |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ 7,453.21 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $3,586.82 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $4,773.21 |
| 4. Total from Schedule F | | $110,685.26 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $119,045.29 |

**Official Form 6 - Declaration (10/06)**

In re <u>REBA H SMITH    JAY MARK SMITH</u>                    Case No. _____
                        **Debtors**                                                     **(If known)**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **31** sheets (*total shown on summary page plus* 2), and that they are true and correct to the best of my knowledge, information, and belief.

Date: <u>**11/22/2007**</u>                    Signature: **s/ REBA H SMITH**
                                                        **REBA H SMITH**
                                                             Debtor

Date: <u>**11/22/2007**</u>                    Signature: **s/ JAY MARK SMITH**
                                                        **JAY MARK SMITH**
                                                        (Joint Debtor, if any)
                                        [If joint case, both spouses must sign]

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

(NOT  APPLICABLE)

-------------------------------------------------------------------------------
*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

Official Form 7
(04/07)

## UNITED STATES BANKRUPTCY COURT
### Northern District of Illinois

In re:  **REBA H SMITH   JAY MARK SMITH**_____,        Case No. _____

Debtors                                                    (If known)

# STATEMENT OF FINANCIAL AFFAIRS

## 1.  Income from employment or operation of business

None

☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|
| **52,223.00** | **INCOME FROM EMPLOYMENT,  WIFE** | **2004** |
| **49,403.00** | **INCOME FROM EMPLOYMENT, HUSBAND.** | **2004** |
| **46,335.00** | **INCOME FROM EMPLOYMENT,  WIFE** | **2005** |
| **53,433.00** | **INCOME FROM EMPLOYMENT, HUSBAND** | **2005** |
| **42,219.00** | **INCOME FROM EMPLOYMENT,  WIFE** | **2006** |
| **39,203.00** | **INCOME FROM EMPLOYMENT, HUSBAND** | **2006** |
| **12,032.80** | **INCOME FROM EMPLOYMENT,  WIFE** | **2007** |
| **62,486.66** | **INCOME FROM EMPLOYMENT, HUSBAND** | **2007** |

## 2.  Income other than from employment or operation of business

None

☑

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case.  Give particulars.  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|

### 3.  Payments to creditors

***Complete a. or b., as appropriate, and c.***

None ☑

a.   *Individual or joint debtor(s) with primarily consumer debts*: List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |

None ☑

b.   *Debtor whose debts are not primarily consumer debts:*  List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $5,475. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
| --- | --- | --- | --- |

None ☑

c.   *All debtors:*  List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |

### 4.  Suits and administrative proceedings, executions, garnishments and attachments

None ❏

a.  List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
| --- | --- | --- | --- |
| **TRI CAP INVESTMENT PARTNERS V. JAY SMITH AND REBA SMITH**    **07 AR 1105** | **ASSIGNMENT OF RIGHT TO COLLECT CONSUMER DEBT** | **19 JUDICIAL CIRCUIT COURT WAUKEGAN, IL** | **PENDING** |

b.   Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None
☑

| NAME AND ADDRESS<br>OF PERSON FOR WHOSE<br>BENEFIT PROPERTY WAS SEIZED | DATE OF<br>SEIZURE | DESCRIPTION<br>AND VALUE OF<br>PROPERTY |
| --- | --- | --- |

## 5.   Repossessions, foreclosures and returns

None
☑

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS<br>OF CREDITOR OR SELLER | DATE OF REPOSSESSION,<br>FORECLOSURE SALE<br>TRANSFER OR RETURN | DESCRIPTION<br>AND VALUE OF<br>PROPERTY |
| --- | --- | --- |

## 6.   Assignments and receiverships

None
☑

a.   Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS<br>OF ASSIGNEE | DATE OF<br>ASSIGNMENT | TERMS OF<br>ASSIGNMENT<br>OR SETTLEMENT |
| --- | --- | --- |

b.   List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None
☑

| NAME AND ADDRESS<br>OF CUSTODIAN | NAME AND ADDRESS<br>OF COURT<br>CASE TITLE & NUMBER | DATE OF<br>ORDER | DESCRIPTION<br>AND VALUE OF<br>PROPERTY |
| --- | --- | --- | --- |

## 7. Gifts

None

☑

    List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

## 8. Losses

None

☑

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case**. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

## 9. Payments related to debt counseling or bankruptcy

None

☐

    List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Consumer Credit Counseling Service of Gr**<br>**100 Edgewood Avenue**<br>**Atlanta, GA 30303** | **11/05/2007** | **$100 CREDIT COUNSELING AND DEBTOR EDUCATION** |
| **MATTHEW M. LITVAK**<br>**155 N HARBOR DRIVE**<br>**4301**<br>**CHICAGO, IL 60601** | **11/05/2007** | **750.00** |

## 10. Other transfers

None
☑

a.   List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |

None
☑

b.   List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
| --- | --- | --- |

## 11. Closed financial accounts

None
❑

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case.  Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |
| **CHARLES SCHWAB**<br>**101 Montgomery Street**<br>**San Francisco, CA 94104** | **REBA SMITH'S 401K ACCT #**<br>**2026-0613**<br>**1119-2921** | **$2,840 AND 1792.80, JULY 2007** |
| **CORNING CABLE SYSTEMS**<br>**P.O. Box 489**<br>**Hickory, NC  28603-0489** | **CREDIT UNION CHECKING**<br>**ACCOUNT**<br>**#2370** | **25.00 OCTOBER 2007** |
| **PRINCIPAL FINANCIAL**<br>**711 High Street**<br>**Des Moines, IA 50392** | **JAY SMITH'S 401K**<br><br>**ACCT#-  4-52662**<br>**$58,416** | **$58,416  JUNE 2006** |

## 12. Safe deposit boxes

None
☑

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

## 13. Setoffs

None
☑

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

## 14. Property held for another person

None
☑

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

## 15. Prior address of debtor

None
☑

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case.  If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

## 16. Spouses and Former Spouses

None
☑

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor 's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

## 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

a.      List  the name  and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

None
☑

| SITE NAME AND ADDRESS | NAME  AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

b.      List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None
☑

| SITE NAME AND ADDRESS | NAME  AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

c.      List all  judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

None
☑

| NAME  AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

## 18.  Nature, location and name of business

None
☑

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership,* list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses,  taxpayer identification numbers, nature of the business, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the  commencement of this case.

| NAME | LAST FOUR DIGITS OF SOC. SEC. NO./ COMPLETE  EIN OR OTHER TAXPAYER I.D. NO. | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

b.       Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

None
☑

| NAME | ADDRESS |
|---|---|

\* \* \* \* \* \*

*[if completed by an individual or individual and spouse]*
I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date   **11/22/2007**                          Signature     **s/ REBA H SMITH**
                                               of Debtor     **REBA H SMITH**


Date   **11/22/2007**                          Signature     **s/ JAY MARK SMITH**
                                               of Joint      **JAY MARK SMITH**
                                               Debtor

Form 8
(10/05)

## UNITED STATES BANKRUPTCY COURT
### Northern District of Illinois

In re:   **REBA H SMITH   JAY MARK SMITH**

Debtors

Case No. _____

Chapter   **7**

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

☐   I have filed a schedule of assets and liabilities which includes debts secured by property of the estate.

☐   I have filed a schedule of executory contracts and unexpired leases which includes personal property subject to an unexpired lease.

☐   I intend to do the following with respect to the property of the estate which secures those debts or is subject to a lease:

| Description of Secured Property | Creditor's Name | Property will be Surrendered | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|---|
| 1.  **DEBTORS' RESIDENCE, 977 CAMELOT PLACE, CRYSTAL LAKE, IL 60014**  **DUPLICATE LISTING FOR CREDITOR NOTIFICATION PURPOSES** | **CITIMORTGAGE** | | | | X |
| 2.  **DEBTORS' RESIDENCE, 977 CAMELOT PLACE, CRYSTAL LAKE, IL 60014**  **DUPLICATE LISTING FOR CREDITOR NOTIFICATION PURPOSES** | **CITIMORTGAGE INC.** | | | | X |
| 3.  **DEBTORS' RESIDENCE, 977 CAMELOT PLACE, CRYSTAL LAKE, IL 60014** | **CITIMORTGAGE INC.** | | | | X |
| 4.  **2002 CHRYSLER PT CRUISER IN DEBTORS' POSSESSION.** | **CREDIT ACCEPTANCE** | | | | X |

| Description of Leased Property | Lessor's Name | Lease will be assumed pursuant to 11 U.S.C. § 362(h)(1)(A) |
|---|---|---|
| 1. **Debtor's Leasehold interest in 51 Francine Avenue, Bsmnt. Apt., Massapequa, NY  11758.**  **Debtor was required to re-locate to Long Island, York as a ondition of his continued employment.** | **Richard DelPesce** | **X** |

**s/ REBA H SMITH**   **11/22/2007**

**s/ JAY MARK SMITH**   **11/22/2007**

Form 8-Cont.
(10/05)

**REBA H SMITH**
Signature of Debtor                    Date

**JAY MARK SMITH**
Signature of Joint Debtor (if any)        Date

Form B1, Exhibit C
(9/01)

# UNITED STATES BANKRUPTCY COURT
## Northern District of Illinois

Exhibit "C"

*[If, to the best of the debtor's knowledge, the debtor owns or has possession of property that poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety, attach this Exhibit "C" to the petition.]*

In re:   **REBA H SMITH**                                      Case No.:

**JAY MARK SMITH**                                  Chapter:   **7**

Debtor(s)

Exhibit "C" to Voluntary Petition

1. Identify and briefly describe all real or personal property owned by or in possession of the debtor that, to the best of the debtor's knowledge, poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety (attach additional sheets if necessary):

_____

_____

_____

_____

2. With respect to each parcel of real property or item of personal property identified in question 1, describe the nature and location of the dangerous condition, whether environmental or otherwise, that poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety (attach additional sheets if necessary):

_____

_____

_____

_____

B 203
(12/94)

## UNITED STATES BANKRUPTCY COURT
### Northern District of Illinois

In re:   **REBA H SMITH**                    **JAY MARK SMITH**                    Case No. _____

_____                    Chapter    **7**    _____
                                Debtors

# DISCLOSURE OF COMPENSATION OF ATTORNEY
# FOR DEBTOR

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s)
    and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be
    paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in
    connection with the bankruptcy case is as follows:

|  |  |  |
|---|---|---|
| For legal services, I have agreed to accept | $ | 750.00 |
| Prior to the filing of this statement I have received | $ | 750.00 |
| Balance Due | $ | 0.00 |

2.  The source of compensation paid to me was:

    ☐ Debtor          ☑ Other (specify)          **MELANIE EMELIO**
                                                  **24223 BAXTER DRIVE**
                                                  **MAILBU, CA 90265**

3.  The source of compensation to be paid to me is:

    ☐ Debtor          ☐ Other (specify)

4.  ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates
       of my law firm.

    ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of
       my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is
       attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case,
    including:

    a)   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file
         a petition in bankruptcy;

    b)   Preparation and filing of any petition, schedules, statement of affairs, and plan which may be required;

    c)   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

    d)   [Other provisions as needed]
         **None**

6.  By agreement with the debtor(s) the above disclosed fee does not include the following services:

         **None**

---

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for
representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **11/22/2007**    _____

                                                  _____
                                                  **MATTHEW M LITVAK, Bar No.  6208529**

                                                  **MATTHEW M. LITVAK**
                                                  Attorney for Debtor(s)